**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
TODD M. FRIEDMAN (SBN 216752)
MEGHAN E. GEORGE (SBN 274525)
21031 Ventura Boulevard, Suite 340
Woodland Hills, CA  91364
Telephone:  (323) 306-4234
Facsimile:    (866) 633-0228
Email:  *tfriedman@toddflaw.com*
Email:  *mgeorge@toddflaw.com*

Attorneys for Plaintiff
MAIRSOL JEAN ALVARADO

**JACKSON LEWIS P.C.**
PETER J. WOO (SBN 306083)
MITCHELL M. VACHON (SBN 355986)
200 Spectrum Center Drive, Suite 500
Irvine, California 92618
Telephone: (949) 885-1360
Facsimile: (949) 885-1380
Email: Peter.Woo@jacksonlewis.com
Email: Mitchell.Vachon@jacksonlewis.com

Attorneys for Defendant
UNIVERSAL TECHNICAL INSTITUTE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARISOL JEAN ALVARADO, | Case No. 2:25-cv-01697-DJC-CSK |
| Plaintiff, | |
| v. | **ORDER EXTENDING FACT DISCOVERY CUTOFF** |
| UNIVERSAL TECHNICAL INSTITUTE, INC.; DOES 1-100, INCLUSIVE, | |
| Defendant(s). | |

1

ORDER EXTENDING FACT DISCOVERY CUTOFF      Case No. 2:25-cv-01697-DJC-CSK

Pursuant to the Stipulation of the Parties and for good cause shown, the Court hereby ORDERS as follows:

1. The fact discovery cutoff is extended from April 17, 2026 to November 17, 2026.

2. The Court's Scheduling Order (ECF No. 13) is further modified as follows:

    a. Initial Expert Disclosure: December 18, 2026

    b. Rebuttal Expert Disclosure: January 9, 2027

    c. Expert Discovery Cutoff: January 30, 2027

    d. Dispositive Motion Filing Deadline: March 4, 2027

    e. Dispositive Motion Hearing: April 29, 2027, at 1:30 p.m.

    f. Final Pretrial Conference: August 5, 2027 at 1:30 p.m.; and

    g. Trial: October 4, 2027 at 8:30 a.m.

3. All other dates and provisions of the Court's Scheduling Order remain unchanged.

**IT IS SO ORDERED.**

Dated:  April 20, 2026        /s/ Daniel J. Calabretta

                            THE HONORABLE DANIEL J. CALABRETTA
                            UNITED STATES DISTRICT JUDGE

ORDER EXTENDING FACT DISCOVERY CUTOFF    Case No. 2:25-cv-01697-DJC-CSK